UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY MESSENGER,        )<br>                    Plaintiff,    )<br>                                         )<br>-v-                                    )<br>                                         )<br>COMMISSIONER OF SOCIAL SECURITY,   )<br>                    Defendant.    )<br>                                         ) | No. 1:24-cv-527<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has affirmed the Commissioner's decision to deny benefits. Having resolved all pending claims, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    February 10, 2025                            /s/  Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge